Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–31450–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Roxanne Courtney
  aka Roxanne Hutchinson
  234 Fern Avenue
  Haddon Township, NJ 08108

Social Security No.:
  xxx–xx–2672

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              1/2/19
Time:              10:00 AM
Location:              4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

          An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

          **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 14, 2018
JAN: lgr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-31450-JNP
Roxanne Courtney                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1          Date Rcvd: Nov 14, 2018
                               Form ID: 132             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db             +Roxanne Courtney,   234 Fern Avenue,   Haddon Township, NJ 08108-1704
517864940       EdFinancial Services - U.S. Department,   of Education,   P.O. Box 36008,
                 Knoxville, TN 37930-6008
517840565      +KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
517840566       Quicken Loans, Inc.,   c/o The Corporation Company,   40600 Ann Arbor Road, East,   Suite 201,
                 Plymouth, MI 48170-4675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 00:10:22      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 00:10:20      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517864942      +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 15 2018 00:10:47      Navy Federal Credit Union,
                 P.O. Box 3700,   Merrifield, VA 22119-3700
517842539      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 00:06:31      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517864945*      EdFinancial Services - U.S. Department,   of Education,   P.O. Box 36008,
                 Knoxville, TN 37930-6008
517864941*     +KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
517864946*     +KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
517864943*     +Navy Federal Credit Union,   P.O. Box 3700,   Merrifield, VA 22119-3700
517864947*     +Navy Federal Credit Union,   P.O. Box 3700,   Merrifield, VA 22119-3700
517864948*     +Navy Federal Credit Union,   P.O. Box 3700,   Merrifield, VA 22119-3700
517864944*      Quicken Loans, Inc.,   c/o The Corporation Company,   40600 Ann Arbor Road, East,   Suite 201,
                 Plymouth, MI 48170-4675
517864949*      Quicken Loans, Inc.,   c/o The Corporation Company,   40600 Ann Arbor Road, East,   Suite 201,
                 Plymouth, MI 48170-4675
                                                                        TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
          Christopher G. Cassie   on behalf of Debtor Roxanne  Courtney ccassie@spearwilderman.com,
           kbrand@spearwilderman.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 4