Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  18–31450–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roxanne Courtney
aka Roxanne Hutchinson
234 Fern Avenue
Haddon Township, NJ 08108

Social Security No.:
xxx–xx–2672

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/3/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 3, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-31450-JNP
Roxanne Courtney                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jan 03, 2019
                             Form ID: 148             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db            +Roxanne Courtney,   234 Fern Avenue,   Haddon Township, NJ 08108-1704
517864940      EdFinancial Services - U.S. Department,   of Education,   P.O. Box 36008,
                Knoxville, TN 37930-6008
517943052     +Edfinancial Services,   120 N. Seven Oaks Drive,   Knoxville, TN 37922-2359
517840565     +KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
517840566      Quicken Loans, Inc.,   c/o The Corporation Company,   40600 Ann Arbor Road, East,   Suite 201,
                Plymouth, MI 48170-4675


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 00:43:25      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 00:43:23      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517864943     +EDI: NFCU.COM Jan 04 2019 05:03:00      Navy Federal Credit Union,   P.O. Box 3000,
                Merrifield, VA 22119-3000
517864942     +EDI: NFCU.COM Jan 04 2019 05:03:00      Navy Federal Credit Union,   P.O. Box 3700,
                Merrifield, VA 22119-3700
517891425     +E-mail/Text: bankruptcyteam@quickenloans.com Jan 04 2019 00:43:46      Quicken Loans Inc.,
                635 Woodward Avenue,   Detroit, MI 48226-3408
517842539     +EDI: RMSC.COM Jan 04 2019 05:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 6


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
        Christopher G. Cassie   on behalf of Debtor Roxanne  Courtney ccassie@spearwilderman.com,
         kbrand@spearwilderman.com
        Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5